```
COABY            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-09-2020
PAGE 001 OF                                                            15:35:11
         FUNCTION: L-P SCOPE: REG   EQ 67850-018    OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____   DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ___       ___       ___       ___       ___       ___
         TYPE: ___       ___       ___       ___       ___       ___
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

```
COABY            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-09-2020
PAGE 002 OF 002 *              SANITIZED FORMAT                *    15:35:11

REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT----------------------
             RCV-OFC   RCV-FACL    DATE-RCV       STATUS     STATUS-DATE

974511-F1    13IM/        REQUEST PUBLIS SAFETY FACTOR BE REMOVED
             COL       COL         04-16-2019     CLD        04-30-2019

974511-R1    13IM/        REQUEST PUBLIC SAFETY FACTOR BE REMOVED
             SER       COL         05-24-2019     CLD        06-06-2019

974511-A1    13IM/        REQUEST PUBLIC SAFETY FACTOR BE REMOVED
             BOP       COL         07-01-2019     REJ        07-25-2019

974511-A2    13IM/        REQUEST PUBLIC SAFETY FACTOR BE REMOVED
             BOP       COL         08-20-2019     CLD        10-21-2019

1026114-F1   13ZM/        APPEALING COMPASSIONATE RELEASE DENIAL
             COL       COL         06-11-2020     CLD        06-15-2020

1026114-R1   13ZM/        APPEALING COMPASSIONATE RELEASE DENIAL
             SER       COL         07-01-2020     CLD        07-22-2020

1026114-A1   13ZM/        APPEALING COMPASSIONATE RELEASE DENIAL
             BOP       COL         08-19-2020     REJ        09-03-2020




              7 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```