

# Debra B. Tuomey
## Attorney at Law, LLC.

**Admitted to Practice:**
*Florida Bar  *U.S. Middle District Court of Florida  *U.S. Northern District Court of Florida  *U.S. Southern District Court of Florida  *United States Court of Appeals for the Eleventh Circuit
*United States Supreme Court

**Board Certified Criminal Trial Lawyer**

---

Warden T. Jarvis
Warden W. Bechtold
FCI Coleman-Low
846 NE 54th Terrace
Sumterville, Florida 33521

May 21, 2020

RE: Mark Prack
Reg. No.: 67850-018
Request for Reduction in Sentence

Dear Wardens:

I am writing on behalf of my client Mark Prack, an inmate currently located in Federal Institution Coleman-Low in connection with proceedings under the First Step Act ("Act"). Please accept this letter as his formal request for your consideration for compassionate release (or reduction in sentence) under 18 U.S.C. § 3582(c)(1)(A), in light of the implementing guideline, U.S.S.G. § 1B1.13, as well as BOP Program Statement 5050.50 ("PS"). I note that the guideline has not been updated since passage of the Act and that the PS is narrower in scope than the Act or the guideline.

According to the CDC people of all ages with underlying medical conditions, if not adequately controlled are at high-risk for sever illness and death as a result of contracting COVID-19.

---

Hernando County
9023 Commercial Way
Weeki Wachee, FL 34613

Polk County
1867 N. Crystal Lake Drive
Lakeland, Florida 33830

Hillsborough County
902 N. Armenia Ave.
Tampa, FL 33602

Mr. Prack is obese, has high blood pressure, asthma, and diabetes. Mr. Prack's diabetes require him to receive daily insulin shots. Mr. Prack's asthma also puts him at a higher risk of contracting respiratory disease leading to pneumonia. Additionally, medical staff recently found a lump in his throat requiring medical attention.

Also, contrary to the PS, the guideline does not require a specific prognosis of life expectancy (which is extremely difficult with this disease) and specifically rejects the consideration whether it existed at the time of sentencing.

Mr. Prack was sentenced on August 17, 2017 to sixty months followed by 3 years supervised release. It is my understanding that Mr. Prack has been approved to transition to a half-way house, but such transition is not expected to occur until the later end of this year. Mr. Prack proposes that he be released from your facility on home-detention. His release will not pose a danger to the community, as he has a stable residence with his wife, Jessica Prack, of thirteen years and two children. He has the ability to have his medical needs met upon his release.

Thank you very much for your consideration of this request.

Sincerely,

Debra B. Tuomey, Esq., B.C.S.