





















SUPPORT YOUR LOCAL Outlaws







Outlaws Motorcycle Club National Bylaws

1. Members must have a running Harley-Davidson motorcycle or an American made thereof.

2. Members must have an I.D. proving 21 years of age.

3. To become a member a person must hang around the local chapter for 1 year, 100% vote of said chapter to probate a minimum of UNDISCLOSED 6 months, never asked to do anything a member wouldn't do, said probate must have all club debts paid in full and a 100% vote of chapter before being fully patched, any member that quits the club must probate a minimum 30 days before returning.

4. Members must attend 2 Nationals a year as well as all funerals and regional's to the best of their ability or pay the fine according to their local chapter or region. Jail and hospital are valid excuses.

5. Members should have 1 year in the club to sponsor a probate or transfer, 3 years to hold presidency and 1 year for chapter offices.

6. Members wishing to transfer in their region need a majority vote of the chapter they are leaving and 100% of the chapter they wish to transfer to. Transfer through different regions requires both regional bosses approval.

7. Members must have 1 full year with a patch to get any club tattoos and 10 years before getting a back patch. Before getting any club tattoos talk to local chapter or regional boss. Members who leave the club should have all club tattoos dated in and out.

8. Members must have 15 years to retire and chapter's approval; also retired members must attend 1 national a year and keep contact with their local chapter.

9. The club does not condone or promote the use or sale of any drugs.

10. The loss of any patch to law enforcement will be pursued by all legal means. The loss of any patch by negligence will be pursued legally until the patch is retrieved.

11. We are a motorcycle club of brothers, men of Honor and Loyalty. Any member who disregards any of these bylaws or dishonors his patch by embarrassing the club will have to answer to the local chapter or regional officers to the extent of expulsion from the club.

12. All the rest learn from somebody who helped build this club. This means if you don't know the answer ask someone who has been in the club for a long time and might know the answer. Outlaws Motor Cycle Club National Bylaws 2011



7. Members must have 1 full year with a patch to

Getting a back patch .Before getting any club tatt

Members who leave the club should have all club

8. Members must have 15 years to retire and ch

attend 1 national a year and keep contact w

9. The club does not condone or prom

10. The loss of any patch to law

patch by negligence will be .

11. We are a motorc

disregards any of .

answer to th

12. All

th























